UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re *Ex Parte* Application of<br><br>THE FUND FOR PROTECTION OF INVESTOR RIGHTS IN FOREIGN STATES<br><br>                      Petitioner,<br><br>PURSUANT TO 28 U.S.C. § 1782 FOR AN ORDER GRANTING LEAVE TO OBTAIN DISCOVERY FOR USE IN A FOREIGN PROCEEDING. | Civil Action No.<br>1:21-mc-0003 (GMH) |

## ORDER TO SHOW CAUSE

Upon consideration of the *ex parte* petition for an order to obtain discovery for use in aid of a foreign proceeding pursuant to 28 U.S.C. § 1782 (ECF No. 1), it is hereby

**ORDERED** that Petitioner shall **SHOW CAUSE** in writing on or before February 12, 2021, why the Court must consider this application on an *ex parte* basis. It is further

**ORDERED** that Petitioners' response to this order shall address Chief Judge Howell's observation that while 28 U.S.C. § 1782 authorizes courts to issue subpoenas upon *ex parte* applications, "notice to [subpoena] recipients prior to the issuance of the requested subpoenas in the form of an order to show cause [ ] 'streamline[s] these proceedings' by accelerating identification of grounds for objection, under Federal Rule of Civil Procedure 45(d)(2)(B) . . . and, more significantly, [ ] facilitate[s] full and fair consideration of both th[e] Court's authority, under 28 U.S.C. § 1782, to issue the requested subpoenas and the factors identified by the Supreme Court governing the exercise of discretion to do so." *In re Application of Hulley Enters. Ltd.*, Misc.

Action No. 17-1466, ECF No. 5 at 2 (internal citation omitted) (quoting *in re Application of Caratube Int'l Oil Co.*, 730 F. Supp. 2d 101, 104 (D.D.C. 2010)).

**SO ORDERED.**

Date:  February 2, 2021                           _____
                                                                                    G. MICHAEL HARVEY
                                                                                    UNITED STATES MAGISTRATE JUDGE