IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In Re the Application of the Fund for Protection of Investor Rights in Foreign States Pursuant to 28 U.S.C. § 1782 for an Order Granting Leave to Obtain Discovery for Use in a Foreign Proceeding | Case No.: 1:21-mc-00003-GMH |

**THE FUND FOR PROTECTION OF INVESTOR RIGHTS IN FOREIGN STATES' RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE**

The Fund for Protection of Investor Rights in Foreign States ("Applicant"), respectfully submits this Response to the Court's Order to Show Cause, (ECF No.2).

On January 6, 2021, Applicant filed before the Court an *ex parte* application for an order permitting it to obtain discovery pursuant to 28 U.S.C. § 1782 ("Application") from Mr. Mindaugas Leika ("Mr. Leika"), a resident of the District of Columbia. On February 2, 2021, the Court issued an Order to Show Cause, (ECF No.2), requiring Petitioner to state why the Court should consider the pending petition *ex parte*—particularly in light of Chief Judge Howell's order in *In re Application of Hulley Enters. Ltd.*, Misc. Action No. 17-1466, ECF No. 5 ("*Hulley* Order").

Applicant filed its Application on the understanding that "[d]istrict courts are generally authorized to review section 1782 applications *ex parte*" and that this practice is "justified by the fact that the parties [from whom discovery is sought] will be given adequate notice of any discovery taken pursuant to the request and will then have the opportunity to move to quash the discovery or to participate in it." *See*, *e.g.*, *In re De Leon*, No. 19-mc-0197 (TSC), 2020 U.S. Dist. LEXIS 37270, at *8 (D.D.C. Mar. 4, 2020) (quoting *In re Letter of Request from Sup. Ct. of Hong Kong*, 138 F.R.D. 27, 32 n.6 (S.D.N.Y. 1991)) (considering the 1782 application *ex parte* on that basis alone).

That said, in light of the Court's concern to "acclerat[e] identification of grounds for objection . . . [and to] facilitate full and fair consideration of both th[e] Court's authority, under 28 U.S.C. § 1782, to issue the requested subpoenas and the factors identified by the Supreme Court governing the exercise of discretion to do so" as reflected in the Order to Show Case, (ECF No. 2 at 1) (quoting *Hulley* Order), Applicant has no objection to following Judge Howell's procedure in that matter.

If, as in *Hulley*, the Court were to issue an order setting a briefing schedule, Applicant will serve that order, along with the underlying Application and supporting materials, on Mr. Leika. Applicant notes that in *Hulley*, the Court gave the subpoena recipient two weeks to oppose the application and one week for the applicant to file a response thereafter. *Hulley* Order at 4. A proposed Order is attached for the Court's consideration.

Dated: February 12, 2021

Respectfully submitted,

**ALSTON & BIRD LLP**
Alexander A. Yanos
Carlos Ramos-Mrosovsky
90 Park Avenue
New York, NY 10016
Telephone: 212-210-9400
Facsimile: 212-210-9444
alex.yanos@alston.com
carlos.ramos-mrosovsky@alston.com

*Counsel for Applicant, Fund for the Protection of Investor Rights in Foreign States*