IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In Re the Application of the Fund for Protection of Investor Rights in Foreign States Pursuant to 28 U.S.C. § 1782 for an Order Granting Leave to Obtain Discovery for Use in a Foreign Proceeding | Case No.: 1:21-mc-00003-GMH |

## ORDER

This matter came before the Court on the *ex parte* Application (the "Application") of the Fund for Protection of Investor Rights in Foreign States (the "Applicant") pursuant to 28 U.S.C. § 1782 for an Order Granting Leave to Obtain Discovery for Use in a Foreign Proceeding, and specifically seeking documents from and testimony from Mr. Minduagas Leika ("Mr. Leika"), in connection with a pending arbitration between the Applicant and the Government of Lithuania pursuant to the Lithuania-Russia Bilateral Investment Treaty of 2004.

On January 6, 2021, Applicant filed before the Court an *ex parte* application for an order permitting it to obtain discovery pursuant to 28 U.S.C. § 1782 ("Application") from Mr. Mindaugas Leika ("Mr. Leika"), a resident of the District of Columbia. On February 2, 2021, the Court issued an Order to Show Cause, (ECF No.2), requiring Petitioner to state why the Court should consider the pending petition *ex parte*—particularly in light of Chief Judge Howell's order in *In re Application of Hulley Enters. Ltd.*, Misc. Action No. 17-1466, ECF No. 5 ("*Hulley* Order").

Upon consideration of Applicant's Response to the Court's Order to Show Cause, (ECF No. 6), it is, hereby:

**ORDERED** that the Applicant shall serve this Order and the Application upon Mr. Leika by February 19, 2021; and it is further

**ORDERED** that if Mr. Leika intends to oppose the Application, he shall show cause in writing no later than March 5, 2021, why the Application should not be granted; and it is further

**ORDERED** that Applicant shall file a reply in support of the Application, if any, by March 12, 2021.

**IT IS SO ORDERED** on this 12th day of February, 2021.

_____
G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE